# B

Case 1:12-cv-00540-JTN   ECF No. 1-2 filed 05/25/12   PageID.23   Page 1 of 2



BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616 / 336-6000 • FAX 616 / 336-7000 • WWW.VARNUMLAW.COM

JON M. BYLSMA

DIRECT DIAL 616/336-6530
E-MAIL jmbylsma@varnumlaw.com

May 2, 2012

**VIA E-MAIL &
U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Mr. Julian Del Valle
EITS HOLDINGS LLC
2901 West Coast Highway, Ste. 200
Newport Beach, CA 92663-4045
jdv@the1690.com

Mr. Julian Del Valle
26 Goodwill Court
Newport Beach, CA 92663

Re:  TwistHDM, LLC et al. v EITS Holdings, LLC
     Ottawa Co Cir Ct No. 12-02769-CK

Dear Mr. Del Valle:

Our firm represents TwistHDM, LLC. We recently filed in Michigan State Court in Ottawa County a lawsuit against EITS Holdings, LLC asking the Court to declare, based on the default of EITS, LLC's agreement to buy membership interests in TwistHDM, that EITS, LLC is not a member and that the agreement between EITS and TwistHDM is rescinded.

Mr. Daniel Grigsby is listed as your registered agent with the State of California. We have provided service to him by certified mail, but are also serving this on you directly through this mailing. Because EITS is not a Michigan corporation, you have 28 days to respond to this Complaint.

Thank you for your consideration.

Very truly yours,

VARNUM

Jon M. Bylsma

JMB:smn
Enclosure

cc:  Mr. Daniel M. Grigsby
     (w/enclosure)

5165111_1.DOC