UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TWISTHDM, LLC, ROBERT NIEMIEC, LEE EILERS, WARREN GUTHRIE, GORDON STANNIS, and KURT DYKEMA, <br><br> Plaintiffs, <br><br> v. <br><br> EITS HOLDINGS LLC, <br><br> Defendant. | Case No. 1:12-cv-00540-JTN <br><br> HON. JANET T. NEFF <br><br> Removed from Ottawa County Circuit Court <br> Case No. 12-02769-CK |

### STIPULATED ORDER REMANDING CASE TO OTTAWA COUNTY CIRCUIT COURT

**NOW COME** the parties, TwistHDM, LLC ("TwistHDM"), Robert Niemiec, Lee Eilers, Warren Guthrie, Gordon Stannis, and Kurt Dykema (collectively, "Plaintiffs"), and EITS Holdings LLC, ("Defendant"), by and through their respective attorneys, and hereby stipulate and agree to the entry of this Order Remanding Case to Ottawa County Circuit Court from which it was removed.

I HEREBY STIPULATE TO ENTRY OF THE ABOVE ORDER.

/s/ Jon M. Bylsma (w/ permission)  
Jon M. Bylsma (P48790)  
Benjamin A. Anderson (P75670)  
VARNUM LLP  
P.O. Box 352  
Grand Rapids, Michigan 49501  
(616) 336-6000  
Attorneys for Plaintiffs

/s/ Jeffrey G. Muth  
Jeffrey G. Muth (P65041)  
BARNES & THORNBURG LLP  
171 Monroe Avenue NW Suite 1000  
Grand Rapids, Michigan 49503  
(616) 742-3930  
Attorneys for Defendant

Dated: June 5, 2012

Dated: June 5, 2012

# **ORDER**

At a session of said Court, held in and for said District, at the United States Courthouse, Federal Building, Grand Rapids, Michigan, this \_\_\_\_ day of June, 2012.

PRESENT:   <u>HONORABLE JANET T. NEFF</u>
    US District Court Judge

NOW, THEREFORE, IT IS HEREBY ORDERED that this matter is REMANDED to the Ottawa County Circuit Court from which it was removed.

Dated: _____, 2012.

_____
The Honorable Janet T. Neff
US District Court Judge