**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

June 11, 2012 12:15 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: dfw / SCANNED BY:

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

June 6, 2012

Ottawa County Circuit Court
414 Washington Ave
Suite 300
Grand Haven, MI 49417

RE:   TwistHDM, LLC et al v. EITS Holdings, LLC
       Our Case No. 1:12-cv-540  Hon. Janet T. Neff

FILED
JUN - 7 2012
DANIEL C. KRUEGER

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed June 6, 2012, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Tracey Cordes, Clerk

/s/ D. Webb

By: Deputy Clerk

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 6/6/12